In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

### NO. 09-11-689 CR

## Steven M. Hausherr, Appellant

## VS.

## The State of Texas, Appellee

**Appealed from the County Court at Law No. 1
of Montgomery County, Texas
Cause No. 10-257853**

## O R D E R

The County Clerk of Montgomery County, Texas is to forward the following original exhibits to the Clerk of this Court on or before March 22, 2013:

State's Exhibit No.  1 - Video

The original exhibits will be returned to the County Clerk of Montgomery County when the appeal is final in this Court.

Entered this 12th day of March, 2013.

PER CURIAM